IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:98CR146 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| JOHN ANTHONY WELCH, | ) | |
| | ) | |
| Defendant. | ) | |

From Mr. Welch, I have received a letter,[1] a motion for credit for time served, and a motion to reconsider sentence. I will direct the Clerk to file these documents. Noting that this case is on appeal, the documents submitted by Mr. Welch will be denied both because I lack the power to grant the relief requested given the appeal and because they lack merit.

IT IS ORDERED that the documents submitted by Mr. Welch, treated as motions, are denied.

June 30, 2005.                                  BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge

---

[1] The letter is truly a sad one. Essentially, Mr. Welch wants help when he is released from prison. I have no power to provide Mr. Welch with the help he seeks. The best I can do is to suggest that Mr. Welch talk with his case manager at the prison. I hope the case manager will expend all the effort necessary to make a good plan for Mr. Welch upon his release.